IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-po-00043-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JARED GROSINSKE,

    Defendant.

---

### ORDER

---

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Information and for good cause shown, it is hereby

ORDERED that Government's Motion to Dismiss Remaining Counts of the Information is **GRANTED**. It is further

ORDERED that the Remaining Counts of the Information, Counts Two through Four, be dismissed with prejudice.

DATED this 16th day of April, 2012.

BY THE COURT:

*Gudrun J. Rice*

GUDRUN J. RICE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO